# **PROOF OF SERVICE**

I, undersigned, declare

That I served the within:

**RE:   C07-05907 JCS**

1) SUMMONS IN A CIVIL ACTION;
2) CIVIL COVER SHEET;
3) PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5) NOTICE OS ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; AND
6) ECF REGISTRATION INFORMATION HANDOUT

by placing said documents in an envelope, which was sealed, with postage fully paid thereon, **by certified mail** and was this day addressed as follows:

> Michael B. Mukasey
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

> Scott N. Schools, US Attorney
> 450 Golden Gate Avenue, Box 36055
> San Francisco, CA 94102

Michael Chertoff

Secretary of Homeland Security

U.S. Department of Homeland Security

Washington, D.C. 20528


Honorable Robert S. Mueller, III

Director of Federal Bureau of Investigation

J. Edgar Hoover Building

935 Pennsylvania Avenue, NW

Washington, D.C. 20535-0001


Emilio T. González

Director, U.S. Citizenship and Immigration Service

20 Massachusetts Avenue, NW

Wachinton, D.C. 20529


Executed on: November 28, 2007 at Santa Clara, California.


_____

Wei Xiong

**PRO SE**

38863 Fremont Blvd. #52
Fremont, CA 94536
Telephone (510) 557 2126
Facsimile (415) 598 1411