JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEI XIONG, | ) |
|                Plaintiff, | ) No. C 07-5907 JCS |
| v. | ) **ANSWER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALES, Director of U.S. Citizen and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigations, | ) |
|                Defendants. | ) |

   The Defendants hereby submit their answer to Plaintiff's Original Complaint for Writ in the Nature of Mandamus and Declaratory Judgment Under 28 U.S.C. §§ 1361 and 1331, 5 U.S.C. §§ 551 and 701 et seq.

   1. Paragraph One consists of Plaintiff's characterization of this action, to which no responsive pleading is required; however, to the extent a responsive pleading is necessary, Defendants deny the allegation that they have improperly withheld action on the application for adjustment of status to Plaintiff's detriment.

**PARTIES**

   2. Defendants admit the allegations in Paragraph Two.

ANSWER
C 07-5907 JCS                                                         1

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five; however Defendants deny the FBI has failed to complete Plaintiff's name check.  The name check remains pending.

## JURISDICTION

6. Paragraph Six consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Six.

## VENUE

7. Paragraph Seven consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required.

## EXHAUSTION OF REMEDIES

8. Defendants deny the allegations in Paragraph Eight.

## CAUSE OF ACTION

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eleven.

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants admit the allegations in Paragraph Sixteen.

17. Defendants admit the allegations in Paragraph Seventeen.

ANSWER
C 07-5907 JCS                                         2

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen.

19. Defendants admit the allegations in Paragraph Nineteen.

20. Defendants deny the allegations in Paragraph Twenty.

21. Defendants deny the allegations in Paragraph Twenty-One.

22. Defendants deny the allegations in Paragraph Twenty-Two.

23. Defendants deny the allegations in Paragraph Twenty-Three.

24. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Four.

   (a) Defendants admit the allegations in Paragraph Twenty-Four subsection a.

   (b) Defendants admit the allegations in Paragraph Twenty-Four subsection b.

   (c) Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Four subsection c.

25. Defendants deny the allegations in Paragraph Twenty-Five.

26. Defendants deny the allegations in Paragraph Twenty-Six.

27. Defendants deny the allegations in Paragraph Twenty-Seven.

## PRAYER

28. Paragraph Twenty-Eight consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The court should dismiss the Complaint for lack for subject matter jurisdiction.

///

///

ANSWER
C 07-5907 JCS          3

1 | WHEREFORE, Defendants pray for relief as follows:

2 | That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: January 29, 2008        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


               /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants