# CERTIFICATE OF SERVICE

**Wei Xiong v. Michael Chertoff; et al.**
<u>**Case No. C 07-5907 JCS**</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ANSWER**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___    **FACSIMILE (FAX)** Telephone No.: (See Below)          I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___    **FEDERAL EXPRESS**

___    **CERTIFIED MAIL**

___    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Wei Xiong, Pro Se
38863 Fremont Blvd. #52
Fremont, CA 94536

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2008 at San Francisco, California.

                          /s/
            CAROL E WEXELBAUM
            Legal Assistant