## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                     (415) 522-2000

February 4, 2008

**SECOND NOTICE**

TO:   Wei Xiong
        38863 Fremont Blvd, #52
        Fremont, CA 94536

        Re:   **WEI XIONG v. MICHAEL CHERTOFF**
                C-07-05907 (JCS)

Dear Counsel:

     This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

     A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 19, 2007.**

                                        Sincerely,

                                        Richard W. Wieking, Clerk
                                        United States District Court

                               By: */s/ Karen L. Hom*
                                        Karen L. Hom
                                        Courtroom Deputy

Enclosure: Forms