JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEI XIONG,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALES, Director of U.S. Citizen and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigations,<br><br>          Defendants. | No. C 07-5907 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c), the Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date: February 4, 2008                         Respectfully submitted,

                                                     JOSEPH P. RUSSONIELLO
                                                     United States Attorney


                                                     /s/
                                                   EDWARD A. OLSEN
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Consent to Proceed Before Magistrate Judge
C 07-5907 JCS

**CERTIFICATE OF SERVICE**

<u>Wei Xiong v. Chertoff</u>, No. 07-5907 JCS

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**CONSENT TO MAGISTRATE JURISDICTION**

to be served this date on the party(ies) in this action, by placing the true copy thereof, addressed as follows:

Wei Xiong
38863 Fremont Blvd., #52
Fremont, CA 94536

✔   First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

_____   Facsimile (FAX) Telephone No.

_____   Personal Service (Messenger)

_____   Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 4, 2008              _____/s/_____
                                     TIFFANI CHIU
                                     Paralegal Specialist