JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
*Attorneys for Defendants*

Wei Xiong
    38863 Fremont Blvd. #52
    Fremont, CA 94536
    Telephone: (510) 557 2126
    FAX: (415) 598 1411
    Email: xiong_ww@yahoo.com
*Pro se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Wei Xiong | ) Case No.: C 07-5907 JCS |
| | ) |
| Plaintiff | ) |
| VS. | ) |
| | ) **PARTIES' JOINT REQUEST TO BE** |
| Michael Chertoff, Secretary of the Department | ) **EXEMPT FROM FORMAL ADR PROCESS** |
| of Homeland Security; | ) |
| Emilio T Gonzales, Director of U.S. Citizen and | ) |
| Immigration Services; | ) |
| Robert S. Muller, Director of Federal Bureau of | ) |
| Investigation | ) **Immigration case** |
| | ) |
| Defendants | ) |
| | ) |

1

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Respectfully Submitted

Dated: February __, 2008

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: February 8, 2008

/s/
WEI XIONG
*Pro Se*

2