# CERTIFICATE OF SERVICE

**Wei Xiong v. Michael Chertoff; et al.**
<u>Case No. C 07-5907 JCS</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**JOINT CASE MANAGEMENT STATEMENT
and [Proposed] ORDER**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____ **FACSIMILE (FAX)** Telephone No.: <u>(See Below)</u>   I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Wei Xiong, Pro Se
38863 Fremont Blvd. #52
Fremont, CA 94536

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 22, 2008 at San Francisco, California.

_____/s/_____
CAROL E WEXELBAUM
Legal Assistant