# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-05907 JCS**

**CASE NAME:  WEI XIONG v. MICHAEL CHERTOFF**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: February 29, 2008    **TIME: 7 mins** | **COURT REPORTER**: <u>FTR 1:33-1:39</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Wei Xiong, pro se *(T) | <u>**COUNSEL FOR DEFENDANT:**</u><br>Edward Olsen |

**PROCEEDINGS:**                                              **RULING:**

1. Case Management Conference                              Held.

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     () Court

**CASE CONTINUED TO:**   05/09/08 at 1:30 p.m., for a telephonic further case mgmt conference.  Court to initiate the phone contact.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury    ()Court | **Set for** | **days** |

**cc:**     Chambers; Karen
* (T) = Telephonic Appearance