UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI XIONG, | Case No. C-07-05907 JCS |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| MICHAEL CHERTOFF, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **March 3, 2008,**

IT IS HEREBY ORDERED THAT a telephonic further case management conference is set for **May 9, 2008, at 1:30 p.m.** Plaintiff shall advise the Court, in writing, no later than May 7, 2008, if there is a change in the contact telephone number. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: March 3, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge