UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WEI XIONG,

          Plaintiff,

  v.

MICHAEL CHERTOFF et al,

          Defendant.

Case Number: CV07-05907 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wei Xiong
38863 Fremont Boulevard
#52
Fremont, CA 94536

Dated: March 4, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk