1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WEI XIONG, | ) |
|---|---|
| Plaintiff, | ) No. C 07-5907 JCS |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALES, Director of | ) |
| U.S. Citizen and Immigration Services; | ) |
| ROBERT S. MUELLER, Director of | ) |
| Federal Bureau of Investigations, | ) |
| Defendants. | ) |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status applications (Form I-485).

///

///

///

///

///

Stipulation to Dismiss
C 07-5907 JCS

Each of the parties shall bear their own costs and fees.

Date: March 12, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: March 13, 2008

WEI XIONG
Pro se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

JOSEPH C. SPERO
United States Magistrate Judge

Stipulation to Dismiss
C 07-5907 JCS                                           2